IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:12-00139 JUDGE HAYNES |
| v. | ) ) | |
| JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Based upon the issues concerning the public health and community safety, Plaintiffs' motion for oral argument (Docket Entry No. 11) is **GRANTED**. This action is set for oral argument for **Friday February 17, 2012, at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 8th day of February, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge