IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PLANNED PARENTHOOD OF )
GREATER MEMPHIS REGION and )
PLANNED PARENTHOOD OF MIDDLE )
AND EAST TENNESSEE )
)
    Plaintiffs, )
)
v. ) No. 3:12-00139
) JUDGE HAYNES
JOHN J. DREYZEHNER, Commissioner, )
Tennessee Department of Health, )
)
    Defendant. )

## O R D E R

The oral argument is reset in this action for **Thursday, February 16, 2012 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _13th_ day of February, 2012.

                          WILLIAM J. HAYNES, JR.
                          United States District Judge