IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:12-00139 JUDGE HAYNES |
| JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The oral argument is reset in this action for **Thursday, February 16, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the ___ day of February, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge