IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:12-0139 JUDGE HAYNES |
| v. | ) ) | |
| JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, Defendant. | ) ) ) ) | |

## ORDER

Upon review of the file, Plaintiffs filed their complaint and motion for a preliminary injunction and served their complaint and motion for a preliminary injunction on the Defendants on February 2, 2012. Given the Order of February 3, 2012 setting Plaintiffs' motion for a preliminary injunction for oral argument, the Defendants are ORDERED to file their response to Plaintiffs' motion for a preliminary injunction by February 15, 2012. After oral argument, the Court will decide if a reply is necessary.

It is so ORDERED.

Entered this the 13 day of February, 2012.

William J. Haynes, Jr.
United States District Judge