IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, <br><br> Defendant. | No. 3:12-00139 <br> JUDGE HAYNES |

## ORDER

The initial case management conference is reset in this action for **Friday, March 30, 2012 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge