IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ) <br> GREATER MEMPHIS REGION and ) <br> PLANNED PARENTHOOD OF MIDDLE ) <br> AND EAST TENNESSEE, ) <br>                                ) <br>   Plaintiffs,                  ) <br>                                ) <br> v.                             ) <br>                                ) <br> JOHN J. DREYZEHNER, Commissioner, ) <br> Tennessee Department of Health, ) <br>                                ) <br>   Defendant.                   ) | No. 3:12-00139 <br> JUDGE HAYNES |

## ORDER

The initial case management conference is reset in this action for **Friday, March 30, 2012 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge