IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health,<br><br>　　　Defendant. | Case No.: 3:12-cv-00139 |

*[Handwritten: ORDER — Apart from the change in the date, this motion is DENIED. /s/ [signature] 3-23-12]*

## MOTION TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Plaintiffs hereby move for their counsel located out-of-state, John Danos, to be allowed to attend by telephone the Initial Case Management Conference set for March 26, 2012 at 2:00 p.m. Charles Grant, co-counsel for Plaintiffs, will attend the conference in person.

Defendant does not oppose this request.

Dated: March 22, 2012

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ John Danos
　　　　　　　　　　　　　　　　　　　John Danos
　　　　　　　　　　　　　　　　　　　Arnold & Porter LLP
　　　　　　　　　　　　　　　　　　　44th Floor
　　　　　　　　　　　　　　　　　　　777 South Figueroa Street
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017-5844
　　　　　　　　　　　　　　　　　　　(213) 243-4000

　　　　　　　　　　　　　　　　　　　Elissa Preheim
　　　　　　　　　　　　　　　　　　　Adriane Theis

1