IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, <br><br>Plaintiffs, <br><br>vs. <br><br>JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, <br><br>Defendant. | Case No.: 3:12-cv-00139 |

ORDER

Hearing the change in the date, this motion is DENIED.

[signature]

3-23-12

## MOTION TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Plaintiffs hereby move for their counsel located out-of-state, John Danos, to be allowed to attend by telephone the Initial Case Management Conference set for March 26, 2012 at 2:00 p.m. Charles Grant, co-counsel for Plaintiffs, will attend the conference in person.

Defendant does not oppose this request.

Dated: March 22, 2012

Respectfully submitted,

/s/ John Danos
John Danos
Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844
(213) 243-4000

Elissa Preheim
Adriane Theis

1