IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health <br><br> Defendant. | No.: 3:12-CV-0139 <br><br> Judge Haynes |

## ORDER

On March 30, 2012, the parties appeared for an initial case management conference. The parties indicated that they are currently attempting to reach an agreement that would resolve this case. Since such a result would promote efficiency, both for the parties and the Court, no case management order is entered at this time, and the parties will be allowed thirty (30) days to attempt to reach a resolution of this matter. The parties are required to file a report no later than April 30, 2012, apprising the Court of the progress of their discussions, indicating whether an order requiring formal ADR is appropriate, and proposing a case management order, if appropriate.

It is so **ORDERED**.

ENTERED this the 4th day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge