IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:12-cv-00139 Chief Judge Haynes |
| v. | ) ) | |
| JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

The Court has reviewed numerous parties' memoranda regarding the parties' agreed permanent injunction that was presented at the March 30, 2012 Case Management Conference. The parties have ten (10) days to file any motions seeking relief on this issue with ten (10) days for any responses.

It is so **ORDERED**.

ENTERED this the 23rd day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court