IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, | ) ) ) ) ( | |
| Plaintiff, | ) ) | No. 3:12-cv-00139 Chief Judge Haynes |
| v. | ) ) | |
| JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

In accordance with the Memorandum filed herewith, Plaintiffs' motion for a permanent injunction (Docket Entry No. 53) is **GRANTED**. It is **ORDERED** that Defendant, his agents, employees and successors are permanently **ENJOINED**:(1) from continuing Plaintiffs' disqualification from receiving HIV Prevention and Syphilis Elimination subgrants for the reasons stated in the Court's ruling and Memorandum; and (2) from directing United Way to act in a manner inconsistent with the above.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this 13th day of March, 2013.

William J. Haynes, Jr.
Chief Judge
United States District Court