IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PLANNED PARENTHOOD GREATER MEMPHIS REGION and PLANNED PARENTHOOD OF MIDDLE AND EAST TENNESSEE, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN J. DREYZEHNER, Commissioner, Tennessee Department of Health <br><br> Defendant. | Case No.: 3:12-cv-00139 |

*[Handwritten notation: This motion is GRANTED. [signature] 5-7-13]*

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs Planned Parenthood Greater Memphis Region and Planned Parenthood of Middle and East Tennessee (collectively, "Plaintiffs") hereby move, pursuant to Local Rule 7.01(b), for leave to file a reply brief in support of their Motion for Attorneys' Fees and Costs (the "Motion"). A copy of Plaintiffs' proposed reply brief is attached hereto as Exhibit A.

Plaintiffs seek leave to file their short reply brief (approximately three pages) in order to respond to the objections Defendant has made to Plaintiffs' request for attorneys' fees and costs. In particular, Defendant requests that a fifteen percent reduction be applied to the requested fees while virtually ignoring the fact that Plaintiffs have already included a ten percent reduction to the overwhelming majority of fees incurred in the case. Defendant also seeks to reduce the costs claimed by Plaintiffs despite the fact that the complained-of costs were incurred with respect to the most important hearing in the case -- the preliminary injunction hearing -- and were entirely

1

61555417v1

Case 3:12-cv-00139 Document 67 Filed 05/06/13 Page 1 of 3 PageID #: 808
Case 3:12-cv-00139 Document 68 Filed 05/07/13 Page 1 of 1 PageID #: 816